THE CITY OF NEW YORK v. BROOKLYN HEIGHTS RAILROAD COMPANY.—
Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin,
Dowling, Page and Shearn, JJ.

ELSIE B. ROSENBUSCH v. AMBROSIA MILK CORPORATION.— Motion
granted; questions certified. Present — Clarke, P. J., Laughlin, Dowling,
Page and Shearn, JJ.

KNIGHT & DE MICCO v. FREDERICK N. LEWIS.— Motion denied, with
ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and
Shearn, JJ.

MAX RUBIN v. SAMUEL G. SIEGEL.— Motion denied, with ten dollars
costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

ALAN H. COLCORD v. BANCO DE TAMAULIPAS.— Motion denied, with ten
dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and
Shearn, JJ.

MERVYN WOLFF v. NOEL J. DE VAUX and Another.— Motion denied,
with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page
and Shearn, JJ.

EMANUEL TEITZ v. EDWARD J. DUNBAR.— Motion denied, with ten
dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and
Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABIGAIL H. BISHOP v.
JAMES C. BISHOP.— Motion denied, with ten dollars costs. Present —
Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

MERCEDES Z. BAZAN v. MIGUEL D. PEREZ.— Motion granted. Present
— Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

HELEN M. HANCOCK v. HERBERT E. HANCOCK.— Motion granted as
stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and
Shearn, JJ.

JOHN A. KINGSBURY, Commissioner, etc., v. ALBERT JOCKERS.— Motion
granted on condition stated in order. Present — Clarke, P. J., Laughlin,
Dowling, Page and Shearn, JJ.

In the Matter of SAMUEL F. PAUL, Deceased.— Motion denied, with ten
dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and
Shearn, JJ.

JOSEPH MARRONE, Appellant, v. THE CITY OF NEW YORK, Respondent.—
Judgment and orders affirmed, with costs. No opinion. Present — Scott,
Laughlin, Dowling, Smith and Davis, JJ.

JOSEPH SHERIDAN, Respondent, v. MARY J. KING, Appellant.— Judgment
and order reversed, new trial ordered, costs to appellant to abide event,
on the ground that the finding as to plaintiff's freedom from contributory
negligence was against the weight of evidence. Present — Scott, Laughlin,
Dowling, Smith and Davis, JJ.